365 P.2d 931

**STATE ex rel. W. S. STARNES, Petitioner,**

v.

**SECOND JUDICIAL DISTRICT COURT of the State of New Mexico WITHIN AND FOR the COUNTY OF BERNALILLO and The Honorable Paul Tackett as Judge of the Fifth Division thereof, Respondent.**

**No. 7060.**

Supreme Court of New Mexico.

Nov. 7, 1961.

Writ should be made permanent and it is so ordered.